IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UHURU'SEKOU KAMARA AJANI
OBATAIYE-ALLAH,

        Plaintiff,

v.

GILBERTSON, et al.,

        Defendants.

Case No. 2:19-cv-00135-JR

ORDER

RUSSO, Magistrate Judge.

Plaintiff, an inmate at the Two Rivers Correctional Institution, brings this civil rights action pursuant to 42 U.S.C. § 1983. On May 29, 2019, District Judge Marco A. Hernández issued an Order dismissing plaintiff's Complaint and granting plaintiff leave to file an Amended Complaint curing the deficiencies noted in the Order.

On June 12, 2019, plaintiff filed an Amended Complaint. Simultaneously, plaintiff filed a motion asking to voluntarily dismiss this action without prejudice if the Amended Complaint does

1 - ORDER

not adequately cure the deficiencies noted in Judge Hernández's Order. Plaintiff's Amended Complaint does not cure the deficiencies. Accordingly, the Court GRANTS plaintiff's request, and hereby ORDERS that this action is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this 25 day of June, 2019.

*Jolie A. Russo*
Jolie A. Russo
United States Magistrate Judge